**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **FREDDY HURLEY, 453088,** ) | |
| Petitioner, ) | |
| ) | |
| v.   ) | No. 3:06-CV-916-R |
| ) | ECF |
| **NATHANIEL QUARTERMAN, Director,** ) | |
| **Texas Dept. Of Criminal Justice, Correctional** ) | |
| **Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 16th day of May, 2007.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE